**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: NOMINATION PETITIONS OF   :   No. 80 WAL 2023
PAUL KOSKO   :
  :
  :   Petition for Allowance of Appeal from
PETITION OF: WILLIAM BRETZ   :   the Order of the Commonwealth
  :   Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.